**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 05-6016**

-----

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

CRAIG O. COPLEY,

Respondent - Appellant.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-90-47-HC)

-----

Submitted: May 16, 2006                    Decided: May 18, 2006

-----

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Walter H. Paramore, III, Jacksonville, North Carolina, for Appellant. Rudolf A. Renfer, Jr., Assistant United States Attorney, Michelle T. Fuseyamore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig O. Copley, who was civilly committed in 1990, appeals from the district court's order revoking his conditional discharge. Because Copley was unconditionally released on October 6, 2005, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED